UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

American Economy Insurance Company,

Plaintiff,

v.

ComData, Inc.,

Defendant.

Civil Action No. 01-CV-2362 PAM/JGL

---

***STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER***

---

It is hereby stipulated and agreed, by and among the parties, through their respective undersigned attorneys, that the above-entitled matter, including all claims, crossclaims and counterclaims, may be and hereby are dismissed with prejudice and on the merits, without costs to any party, and that a judgment of dismissal with prejudice and on the merits may be entered pursuant hereto without further notice.

Dated: 11/12/2002

***BROWNSON & BALLOU, PLLP***

By: ______________________________

Robert D. Brownson #12245
225 South Sixth Street
Suite 4800
Minneapolis, MN 55402
(612) 332-4020

***Attorney for Plaintiff***
***American Economy Insurance Company***

FILED NOV 1 8 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD NOV 1 8 2002
DEPUTY CLERK ________

***HUFFMAN, USEM, SABOE, CRAWFORD & GREENBERG, P.A.***

Dated: Nov 7, 2002

By: ______________________
Richard W. Huffman #47843
1000 Water Park Place
5101 Olson Memorial Highway
Minneapolis, MN 55422
(763) 545-2720

***Attorney for Defendant ComData, Inc.***

**ORDER**

Upon the foregoing Stipulation of Dismissal with Prejudice,

***IT IS HEREBY ORDERED:***

That a dismissal with prejudice and on the merits without costs to any party be entered in the above-entitled matter, including all claims, cross claims and counterclaims.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: November 15, 2002

**By the Court**

______________________
The Honorable Paul A. Magnuson
United States District Court Judge